AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN WILLIAMS<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 11-035 MAG<br>)<br>)<br>) |

DUPLICATE ORIGINAL

RECEIVED UNITED STATES MARSHAL 2011 MAR 30 PM 3:48 EASTERN DISTRICT OF LOUISIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JONATHAN WILLIAMS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
possession with intent to distribute cocaine base ("crack") and marihuana in violation of 21 USC 841(a)(1) and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 USC 924(c)

CLERK'S OFFICE
A TRUE COPY
MAR 3 0 2011
*[signature]*
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Date: 03/29/2011

*[signature]*
*Issuing officer's signature*

City and state: New Orleans, Louisiana

Louis Moore, Jr., U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/30/11, and the person was arrested on *(date)* 3/30/11
at *(city and state)* N.O., LA.

Date: 3/31/11

*[signature]*
*Arresting officer's signature*

N. INGRAHAM / DEO
*Printed name and title*